# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

---

JAMES H. MILLIMAN, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Negligence.*

This action was brought to recover for injuries sustained by the plaintiff in leaving the cars of the defendant. The plaintiff claimed that after the train had stopped and he had reached the door of the car and was about to leave the same, the train was backed by a sudden jerk and with great force, without warning to him, and that he was thereby thrown out and injured.

Upon the trial the court charged that if, after the train had been stopped to enable passengers to alight, it was suddenly and without warning moved and the plaintiff thrown out and injured, the defendant was liable ; that it made no difference whether it was a motion backward or forward which occasioned the injury. *Held*, that the charge was correct.

APPEAL from an order denying a motion for a new trial.

*E. G. Lapham*, for the appellant.

*J. H. Camp*, for the respondent.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and MORGAN, JJ.

Order affirmed.